MW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

L.B.,

               Petitioner,

v.

Charles Keeton, et al.,

               Respondents.

No. CV-18-03435-PHX-JJT (MHB)

**ORDER**

Having considered the parties' stipulation,

**IT IS ORDERED:**

(1)    That the Stipulation for Dismissal (Doc. 23) is **granted**;

(2)    That this action is **dismissed with prejudice** in its entirety;

(3)    That each party shall bear its own costs and attorneys' fees; and

(4)    That the Clerk of Court shall enter judgment accordingly.

Dated this 15th day of January, 2019.

Honorable John J. Tuchi
United States District Judge